JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Patricia Sue Williams** | **CASE NO. 2:18-CV-01192-SVW-SK** |
| Plaintiff, | **ORDER ON** |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| **James D. Lee**, an individual; and Does 1-10 inclusive, | |
| Defendants. | |

**IT IS SO ORDERED.**

DATED: June 27, 2018 _____

*[signature]*

**STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**

NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Federal Court Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff and her counsel of record voluntarily dismiss this lawsuit against Defendant James D. Lee. Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

**LAW OFFICES OF JONG YUN KIM**

Dated: June 26, 2018     By:     /s/ Jong Yun Kim

Attorneys for Plaintiff, Patricia Williams